UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                              :     Case No.:     _____
                                                    :
                                                    :     Adv. No.:     _____
                                                    :
                                                    :     Judge:        _____
                                                    :
         Debtor (s),                                :
_____ :               Chapter:      _____


**AMENDED NOTICE OF HEARING**

You are hereby notified of a hearing before the Honorable _____, United States Bankruptcy Judge.

**Reason for Hearing:**    _____
                           _____
                           _____

**Location of Hearing:**   Courtroom No. _____
                           _____
                           _____
                           _____

**Date and Time:**         _____,
                           or as soon thereafter as counsel may be heard.


**COURT APPEARANCES:**    _____ ARE REQUIRED        _____ ARE NOT REQUIRED


DATED:    _____        JAMES J. WALDRON, Clerk


**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on _____, 20 ___ the foregoing notice was served on the following:




JAMES J. WALDRON, Clerk

*Last revised 10-15-03 jml*