UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                              :    Case No.:        __14-21400__
 Haymond Morgan                                     :
 Robin Morgan                                       :    Adv. No.:        _____
                                                    :
                                                    :    Judge:           ____ABA____
         Debtor (s),                                :
_____           :    Chapter:         _____13_____

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __Andrew B. Altenburg, Jr.__, United States Bankruptcy Judge.

**Reason for Hearing:**   Debtor(s) Objection to Creditor's Certification
                         of Default re: Wells Fargo Bank
                         N.A., d/b/a Wells Fargo Dealer

**Location of Hearing:**  Courtroom No. __4B__
                         Mitchell H. Cohen U.S. Courthouse
                         400 Cooper Street
                         Camden, NJ  08101

**Date and Time:**        _August 26, 2016 @ 9:00 AM_,
                         or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   __✔__ ARE REQUIRED        _____ ARE NOT REQUIRED

DATED:   July 13, 2016                    JAMES J. WALDRON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _July 13_____, 20 _16_ the foregoing notice was served on the following:

 Haymond Morgan and Robin Morgan
 Tamika Nicole Wyche
 John R. Morton Jr. Creditor Attorney
 Trusty

JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Haymond Morgan  
Robin Morgan  
    Debtors

Case No. 14-21400-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 13, 2016  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2016.  
db/jdb        +Haymond Morgan,    Robin Morgan,    310 Hunter Street,    Gloucester City, NJ 08030-2015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2016                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2016 at the address(es) listed below:

            Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
            Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
            John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer Services, Inc. mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com  
            Joshua I. Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
            Joshua I. Goldman    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com  
            Tamika Nicole Wyche    on behalf of Joint Debtor Robin   Morgan dpdlawyer@comcast.net, G30609@notify.cincompass.com  
            Tamika Nicole Wyche    on behalf of Debtor Haymond   Morgan dpdlawyer@comcast.net, G30609@notify.cincompass.com

                                                                                    TOTAL: 7