UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  :  Case No.: __14-21400__
Haymond Morgan  :
Robin Morgan  :  Adv. No.: _____
 :
 :  Judge: ____ABA____
Debtor (s),  :
_____  :  Chapter: _____13_____

## AMENDED NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __Andrew B. Altenburg, Jr.__, United States Bankruptcy Judge.

**Reason for Hearing:** Debtor(s) Objection to Creditor's Certification of Default re: Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer

**Location of Hearing:** Courtroom No. _4B_
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ  08101

**Date and Time:** _August 16, 2016 @ 10:00 AM_,
or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** __✔__ ARE REQUIRED   _____ ARE NOT REQUIRED

DATED:  July 15, 2016        JAMES J. WALDRON, Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _July 15_, 20 _16_ the foregoing notice was served on the following:
Haymond Morgan and Robin Morgan
Tamika Nicole Wyche
John R. Morton Jr. Creditor Attorney
Trusty

JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Haymond Morgan  
Robin Morgan  
    Debtors

Case No. 14-21400-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: Jul 15, 2016  
                              Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2016.  
db/jdb        +Haymond Morgan, Robin Morgan, 310 Hunter Street, Gloucester City, NJ 08030-2015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2016                                                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2016 at the address(es) listed below:

        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        John R. Morton, Jr.   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer Services, Inc. mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com  
        Joshua I. Goldman   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Joshua I. Goldman   on behalf of Creditor   CARRINGTON MORTGAGE SERVICES, LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Tamika Nicole Wyche   on behalf of Joint Debtor Robin   Morgan dpdlawyer@comcast.net, G30609@notify.cincompass.com  
        Tamika Nicole Wyche   on behalf of Debtor Haymond   Morgan dpdlawyer@comcast.net, G30609@notify.cincompass.com

                                                                                                             TOTAL: 7