UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**DAVID PAUL DANIELS, ESQUIRE, P.C.**
Tamika Nicole Wyche, Esquire
**3300 FEDERAL STREET**
**CAMDEN, NEW JERSEY 08105**
**(856) 338-0411**
TW 6502006

In Re: HAYMOND MORGAN
       ROBIN MORGAN

Order Filed on November 2, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 14-21400  ABA

Adv. No.:

Hearing Date:

Judge: HON. ANDREW B. ALTENBURG

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: November 2, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: HAYMOND MORGAN & ROBIN MORGAN

Case No: 14-21400 ABA

Caption of Order: **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

_____

      Upon consideration of Tamika Nicole Wyche, Esquire, application for an order granting attorney fees, and good cause appearing therefore, it is hereby

      Ordered that TAMIKA NICOLE WYCHE, ESQUIRE, the applicant, is allowed a fee of $400.00 for the services rendered as set forth in applicant's Certification of Debtor's Counsel Supporting Chapter 13 Fee. The allowance shall be payable:

  __X__      through the Chapter 13 Plan as an administrative priority.

  _____      outside the plan.

      The debtor's monthly plan is modified to a payment of $561.00 per month for the remaining 32 months to allow for payment of the aforesaid fee, beginning, NOVEMBER 1, 2016.