| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**DAVID PAUL DANIELS, ESQUIRE, P.C.**<br>**Tamika Nicole Wyche, Esquire**<br>**3300 FEDERAL STREET**<br>**CAMDEN, NEW JERSEY 08105**<br>**(856) 338-0411**<br>TW 6502006 | **Order Filed on November 2, 2016**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
|---|---|
| In Re: HAYMOND MORGAN<br>       ROBIN MORGAN | Case No.: 14-21400  ABA<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: HON. ANDREW B. ALTENBURG |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: November 2, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: HAYMOND MORGAN & ROBIN MORGAN

Case No: 14-21400 ABA

Caption of Order: **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

_____

Upon consideration of Tamika Nicole Wyche, Esquire, application for an order granting attorney fees, and good cause appearing therefore, it is hereby

Ordered that TAMIKA NICOLE WYCHE, ESQUIRE, the applicant, is allowed a fee of $400.00 for the services rendered as set forth in applicant's Certification of Debtor's Counsel Supporting Chapter 13 Fee. The allowance shall be payable:

__X__        through the Chapter 13 Plan as an administrative priority.

_____        outside the plan.

The debtor's monthly plan is modified to a payment of $561.00 per month for the remaining 32 months to allow for payment of the aforesaid fee, beginning, NOVEMBER 1, 2016.

United States Bankruptcy Court
District of New Jersey

In re:  
Haymond Morgan  
Robin Morgan  
    Debtors

Case No. 14-21400-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 02, 2016  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2016.
db/jdb        +Haymond Morgan,    Robin Morgan,    310 Hunter Street,    Gloucester City, NJ 08030-2015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2016                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2016 at the address(es) listed below:

       Denise E. Carlon    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC  
        dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
       John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer Services, Inc. mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com  
       Joshua I. Goldman    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC  
        jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Joshua I. Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Tamika Nicole Wyche    on behalf of Joint Debtor Robin   Morgan dpdlawyer@comcast.net, G30609@notify.cincompass.com  
       Tamika Nicole Wyche    on behalf of Debtor Haymond   Morgan dpdlawyer@comcast.net, G30609@notify.cincompass.com

                                                                                                                       TOTAL: 8