Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14−21400−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Haymond Morgan
310 Hunter Street
Gloucester City, NJ 08030

Robin Morgan
310 Hunter Street
Gloucester City, NJ 08030

Social Security No.:
xxx−xx−6569

xxx−xx−3840

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on August 31, 2018.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 31, 2018
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 14-21400-ABA
Haymond Morgan                                                              Chapter 13
Robin Morgan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin          Page 1 of 2          Date Rcvd: Aug 31, 2018
                            Form ID: 148         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2018.
```
db/jdb         +Haymond Morgan,   Robin Morgan,   310 Hunter Street,   Gloucester City, NJ 08030-2015
514830185      +CCMUA,   P.O. Box 1105,   Bellmawr, NJ 08099-5105
514830183      +Camden County Special Civil,   101 S. 5th Street, Suite 670,   Camden, NJ 08103-4001
514830184       Carrington Mortgage Services,   P.O. Box 54285,   Irvine, CA 92619-4285
514830186      +Dr. Joseph J. Fallon, Jr. MD PA,   C/O Michael Mazzoni, PA,   1170 E Landis Ave., Ste 1,
                 Vineland, NJ 08360-4216
514830187       Inspira Medical Center Woodbury,   Attn: Billing Office,   509 N. Broad Street,
                 Woodbury, NJ 08096-1697
515084821      +JPMorgan Chase Bank, N.A.,   c/o Carrington Mortgage Services, LLC,
                 1610 E Saint Andrew Place, Suite B150,   Santa Ana, CA 92705-4931
514830189       Mercer County Special Civil,   175 Broad Street,   Trenton, NJ 08608
514830190       Mid-Atlantic Credti Corp,   P O Box 388,   Conshohocken, PA 19428-0388
514830191      #Penn Credit Corporation,   P O Box 988,   Harrisburg, PA 17108-0988
514830192      +Public Defender Office,   P.O. Box 850,   Trenton, NJ 08625-0850
514830193       Quality Recovery Service Inc.,   P O Box 239,   Gibbsboro, NJ 08026-0239
514830194      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,   Division of Taxation Bk Dept,   P.O. Box 245,
                 Trenton, NJ 08646)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 31 2018 23:04:31     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 31 2018 23:04:27     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: WFFC.COM Sep 01 2018 02:43:00     Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,
                 1451 Thomas Langston Road,   Winterville, NC 28590-8872
514830182       EDI: FSAE.COM Sep 01 2018 02:44:00     American Express,   C/O Firstsources Advantage, LLC,
                 P O Box 628,   Buffalo, NY 14240-0628
514950358       EDI: BECKLEE.COM Sep 01 2018 02:43:00     American Express Centurion Bank,
                 c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
514830188       EDI: IRS.COM Sep 01 2018 02:44:00     IRS,   P O Box 7346,   Philadelphia, PA 19101-7346
514851307       EDI: RECOVERYCORP.COM Sep 01 2018 02:43:00     The Bureaus, Inc.,
                 c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
515028357       EDI: WFFC.COM Sep 01 2018 02:43:00     Wells Fargo Bank NA,   PO Box 10438,
                 Des Moines IA   50306-0438
514889683       EDI: WFFC.COM Sep 01 2018 02:43:00     Wells Fargo Bank, N.A., dba Wells Fargo Dealer Ser,
                 P.O. Box 19657,   Irvine, CA 92623-9657
514830195       EDI: WFFC.COM Sep 01 2018 02:43:00     Wells Fargo Dealer Services,   P.O. Box 25341,
                 Santa Ana, CA 92799-5341
                                                                                              TOTAL: 10
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
515041852*       American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern  PA 19355-0701
515059598*       American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern  PA 19355-0701
514963108*       American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515010607*       American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern  PA 19355-0701
                                                                                       TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Aug 31, 2018
                              Form ID: 148             Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
           Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
           Services, Inc. ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Joshua I. Goldman    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC
           jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC
           rsolarz@kmllawgroup.com
          Tamika Nicole Wyche    on behalf of Joint Debtor Robin   Morgan dpdlawyer@comcast.net,
           G30609@notify.cincompass.com
          Tamika Nicole Wyche    on behalf of Debtor Haymond   Morgan dpdlawyer@comcast.net,
           G30609@notify.cincompass.com
                                                                                             TOTAL: 10
```